AO 91 (Rev. 3/99) Criminal Complaint    AUSA Mark Marshall

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES OF AMERICA

2011 NOV 18  AM 10: 45

V.

**CRIMINAL COMPLAINT**

AnaMaria Ursula Dimas
White/Female, DOB: ███
SSN: ███

Case Number: A 11-M-892

I, Robbie Volk, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about November 17, 2011, in Austin, Travis County, in the Western District of Texas, defendant did, (Track Statutory Language of Offense)

Knowingly, Intentionally, and Unlawfully conspired, with persons known and unknown, to possess with itent to distribute an illegal controlled substance, to wit: Cocaine, schedule II in violation of Title 21 United States Code, Section 841(a)(1) and 846.

in violation of **Title 21 United States Code, Section 841(a)(1) and Title 21 United States Code, Section 846**

I further state that I am a Detective with the Austin Police Department and that this complaint is based on the following facts:

**See Attachment.**

Continued on the attached sheet and made a part hereof:    [X] YES    ☐ NO

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 18, 2011                                    AT    Austin, Travis County, Texas
_____                                 _____
Date                                                         City and State

Andrew Austin, U.S. Magistrate Judge                         _____
_____                                  Signature of Judicial Officer
Name and Title of Judicial Officer

Attachment

The following information is a result of my investigation and information provided to me by other law enforcement sources:

On 11-17-2011, Austin Police Detectives executed a state issued narcotics search warrant at 2606 – B Collins Creek Drive in Austin Travis County Texas. This is the residence of John Anthony Guerrero and his common law wife Anamaria Ursula Dimas.

Detectives located a Taurus 9mm with a loaded magazine and a live round in the chamber in between the mattress and the box spring of the master bedroom where Guerrero was sleeping. The pistol was in a position with the grip exposed in a quickly accessible manner. Detectives then located 4.03 ounces of cocaine hcl, on the television stand. The gun and the drugs were accessible to all persons in the residence. Detective T. Hugonnett #2568 conducted a preliminary analysis on the off white powdered substance and determined it tested positive for cocaine.

Austin Police Detective Jesse Prado informed Guerrero and Dimas of their rights as per the Miranda ruling. Guerrero agreed to talk to Detective Prado and admitted that he did have several ounces of cocaine within the duplex specifically stating that it was kept and maintained in the living room on the television stand. He claimed that he sells approximately 4 ounces of cocaine every two days. Guerrero also stated that he was in possession of a pistol in his bedroom he purchased from a friend he knew from prison. Guerrero stated he got the firearm to protect his drugs and house after being told by his friend someone was talking about targeting his home for an invasion style robbery. Guerrero also an admitted membership in the prison gang Tango Blast, and that he regularly associates with other Tango Blast Gang Members.

Detective Prado then interviewed Dimas and she stated that she knew Guerrero sold drugs and had often gone along on drug deals with her husband. Dimas further told Detective Prado and Affiant that she allowed Guerrero to keep the drugs in the house and often interacted with the people he sold narcotics to on a regular basis. Guerrero and Dimas were both arrested for possession of 147.3 grams of cocaine in 2005. Guerrero was sentenced to three years in the Texas Department of Corrections while Dimas received (7) seven years deferred probation of this incident. Dimas is currently still on probation of possession of a controlled substance.

Based on the above information, I believe probable cause exists to believe that AnaMaria Ursula Dimas has violated Title 21 United States Code, Section 841(a)(1) and Title 21 United States Code, Section 846 in Austin, Travis County, Western Judicial District of Texas.